JS-6

JACQUELYNE M. NGUYEN, Bar No. 249658
KSENIYA Y. STUPAK, Bar No. 309783
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949)722-8416
Email: jackie@jacquelynenguyenlaw.com
Email: kseniya@jacquelynenguyenlaw.com

Attorneys for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16-cv-5636 PA (RAOx) |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| JOSE P. MANCILLA, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Jose P. Mancilla, in the principal amount of $8,736.75 plus interest accrued to July 28, 2016, in the sum of $3,316.34; with interest accruing thereafter at 3.38% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**12,053.09**.

DATED: February 23, 2017      By: _____

Honorable Percy Anderson

United States District Judge